```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 13-20086-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LUIS MACHADO,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on April 16, 2013. A Report and Recommendation filed on April 23, 2013 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One and Two of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of May, 2013.

                                             _____
                                             DONALD L. GRAHAM
                                             UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
        Luis Fernandez, Esq.
        Evelyn Baltodano-Sheehan, AUSA